# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          NO. 4:04CR00211-001 SWW

BENNIE LEE LUNINGHAM

### ORDER

Before the Court is the government's motion for termination of the remaining restitution owed by defendant which restitution was imposed as part of defendant's sentence imposed on May 5, 2005.  The government's motion states that it has received notification from the United States Probation Office that defendant was killed in a motor vehicle accident earlier this year. For good cause shown, the Court finds that the government's motion should be granted.

IT IS THEREFORE ORDERED that the government's motion for termination of the remaining restitution owed by defendant hereby is terminated.

DATED this 28th day of July, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE